IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY MITCHELL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 07-5021 |
| | : | |
| CORRECTIONS OFFICER QUICK, et al. | : | |

# **ORDER**

AND NOW, this 17th day of February, 2010, it is hereby ORDERED judgment in the above-captioned case shall be entered in favor of Defendants and against the Plaintiff. The Clerk is directed to mark the case CLOSED for statistical purposes.

BY THE COURT:


\s\ Juan R. Sánchez
Juan R. Sánchez          J.